### 12412.   DAVENPORT v. THE STATE.

LUKE, J.   1. When considered in connection with the entire charge of the court and in the light of the evidence, the excerpts from the charge of which complaint is made in the motion for a new trial are not erroneous for any reason assigned.

2. The evidence amply authorized the verdict, which has the approval of the trial judge, and the court did not err in overruling the motion for a new trial.

   *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
      DECIDED JULY 12, 1921.

Description and counsel as in No. 12410, just before.